**2014–0926.    Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2011–556. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion of the parties to remand the appeal to the Board of Tax Appeals in order to implement a settlement, it is ordered by the court that the cause is remanded to

the Board of Tax Appeals to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.